**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 12-23016 |
| Nancy Sargent Gustin, | ) | Hon. A. Benjamin Goldgar |
| | ) | Hearing Date: July 31, 2013 |
| Debtor. | ) | Time: 9:30 a.m. |

**Notice of Motion**

**TO:** *See Attached Service List*

PLEASE TAKE NOTICE that on **July 31, 2013 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, United States Courthouse, 219 South Dearborn Street, Room 642, Chicago, Illinois and then and there present the **Motion for Final Decree,** which was previously served upon you.

/s/
Julia D. Loper

**Certificate of Service**

I, Julia D. Loper, an attorney, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to be served on the persons on the attached service list at their respective addresses via CM/ECF notice or first class mail, postage prepaid, on July 18, 2013.

/s/
Julia D. Loper

Joseph A. Baldi
Julia D. Loper
Baldi Berg & Wallace, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

*Service List*
**Nancy Sargent Gustin, debtor**
**Case No. 12-23016**

| **Via CM/ECF Electronic Notice** | **Via First Class Mail** |
|---|---|
| Office of the U.S. Trustee<br>USTPRegion11.ES.ECF@usdoj.gov | Nancy Sargent Gustin<br>343 Park Avenue #3E<br>Highland Park, IL 60035 |
| Rick L Rogers<br>The Rogers Law Group<br>cshepard@therogerslawgroup.com | James Gustin<br>1313 Swainwood Drive<br>Glenview, IL 60025 |
| Russell R Custer, JR<br>Lillig & Thorsness Ltd<br>rcuster@lilliglaw.com | Bank of America, N.A.<br>450 American St.<br>Simi Valley, CA 93065 |
| Michael J. Weicher<br>Lillig & Thorsness, Ltd.<br>mweicher@lilliglaw.com | Bank of America<br>PO Box 982238<br>El Paso, TX 79998 |
| Jonathan N Rogers<br>Stitt, Klein, Daday, Aretos, et al<br>jrogers@skdaglaw.com | Chase Mht Bk<br>Attention: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 |
| Lydia Y Siu<br>Pierce and Associates<br>lsiu@atty-pierce.com | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 |
| Keith Levy<br>Manley, Deas, Kochalski<br>bankruptcy@mdk-llc.com | Valentine & Kebartas, Inc.<br>PO Box 5804<br>Troy, MI 48007-5804 |
| | Chicago Title Land Trust Co.<br>Legal Department<br>10 S. LaSalle St., Suite 2750<br>Chicago, IL 60603 |
| | Disney Vacation Club Management<br>Karen Shattle<br>1390 Celebration Blvd.<br>Celebration, FL 34747 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 12-23016 |
| Nancy Sargent Gustin, | ) | Hon. A. Benjamin Goldgar |
| | ) | Hearing Date: July 31, 2013 |
| Debtor. | ) | Time: 9:30 a.m. |

## MOTION FOR FINAL DECREE

Now comes Nancy Sargent Gustin, debtor and debtor in possession ("Debtor") by her attorneys Joseph A. Baldi and Julia D. Loper pursuant to Federal Rules of Bankruptcy Procedure Rule 3022 and Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois, and for her Motion for Final Decree closing this case states as follows:

## BACKGROUND

1. This bankruptcy case commenced on June 6, 2012 ("Petition Date"), by the filing of a voluntary petition for relief under chapter 7 of title 11, United States Code ("Code"). On November 30, 2012, this case was converted to a case under chapter 11 of title 11 of the Code.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On May 20, 2013, the Court entered an Order confirming Debtor's Second Amended Plan (the "Plan"). The effective date of the Plan was May 31, 2013.

4. Debtor has filed the Operating Report for May 2013 and has paid the first quarter U.S. Trustee's fee.

## STATUS OF PLAN PAYMENTS

5. Administrative Claims: Accountants Popowcer Katten, Ltd. was paid its court-approved fees on or before June 1, 2013. Attorneys Baldi Berg & Wallace, Ltd. ("BBW") was paid its court-approved fees on its First Interim Fee Application on or before June 1, 2013. BBW has filed its final fee application concurrently with this motion for final decree. To the extent approved by this Court, Debtor will pay BBW's fees on or before August 9, 2013.

6. Secured Claims (Class 1): Secured creditors are not paid through the plan.

7. Unsecured Claim of STC Capital Bank (Class 2): Debtor made the first scheduled quarterly payment on or before the due date of June 1, 2013. The remaining quarterly payments are not yet due.

8. General Unsecured Claims (Class 3): Debtor made the first scheduled payments on or before the due date of June 1, 2013. The remaining quarterly payments are not yet due.

9. De Minimis Unsecured Claim of Chicago Title (Class 4): Debtor made the first and only scheduled payment on or before the due date of June 1, 2013.

## CLOSING THE CASE

10. Rule 3022 allows for a final decree to be entered and the case closed once an estate is fully administered. The committee notes to this Rule suggest that "closing a chapter 11 case should not be delayed solely because the payments required by the plan have not been completed." FRBP 3022 Advisory Committee Note – 1991 Amendment. *See also* In re Jordan Mfg. Co., 138 B.R. 30 (Bankr. C.D. Ill. 1992). This note also lists factors to be considered by the Court including whether the order confirming the plan is final, whether deposits have been distributed, whether the property to be transferred under the plan has been transferred, whether

the debtor has assumed management of the business, whether plan payments have commenced and whether all contested matters have been resolved.  FRBP 3022 Advisory Committee Note – 1991 Amendment.

11. All contested issues in this case have been resolved and there are no further matters for the Court to administer.  Debtor has transferred all property required by the plan, the order confirming the plan is final, and, as set forth above, the Debtor has commenced plan payments.  There were no deposits to distribute under Debtor's plan.

12. Debtor reserves this Court's jurisdiction to reopen the case upon completion of the plan payments for entry of a discharge order.

13. Copies of this Motion have been sent to the Debtor, United States Trustee and Debtor's creditors in accordance with to Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois.

Wherefore, Nancy Sargent Gustin requests this Court enter an Order closing the case and granting such further relief as the Court deems appropriate.

Dated: July 18, 2013                              Nancy Sargent Gustin, Debtor in Possession

By:_____/s/ Julia D. Loper_____
One of her Attorneys

Joseph A. Baldi
Julia D. Loper
Baldi Berg & Wallace, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602
(312) 726-8150

3