Form 271 (08/06)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Nancy Sargent Gustin__,    Case No. __12 B 23016__
  Debtor(s)

Last four digits of Social Security No(s).:
Employer's Tax Identification (EID) No(s). [if any]:

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

☐ _____
(name of trustee)
is discharged as trustee of the estate of the above-named debtor;

☒ the chapter __11__ case of the above-named debtor is *ordered to be* closed; and

*also*

☐ [other provisions as needed]

Date: __3 1 JUL 2013__                    _____
                                          United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors set forth both social security numbers.*